Núm. 176.—MONTANER, ADMOR. *v.* COMISIÓN INDUSTRIAL, y RODRÍGUEZ.—Original. Recurso de Revisión. Febrero 14, 1940.

Núm. 178.—MONTANER, ADMOR. *v.* COMISIÓN INDUSTRIAL, y MATOS. Febrero 14, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, del informe de los abogados se desprende que la Comisión no ha determinado todavía el montante de la compensación a recibir por los beneficiarios del obrero fallecido:

POR TANTO, no ha lugar por ahora a determinar los honorarios que en esta Corte deben recibir los abogados.